FILED
June 26, 2024

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By:     RR
                    Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff<br><br>v<br><br>TREVIN WAYNE MICHAEL BOONE<br><br>Defendants | Case No: SA:24-CR-00310-FB<br><br>**INDICTMENT**<br><br>COUNT 1: 18 U.S.C. § 875(c) – Interstate Communication of a Threat |

**THE GRAND JURY CHARGES:**

COUNT ONE<br>[18 U.S.C. § 875(c)]

On or about December 19, 2023, in the Western District of Texas, Defendant,

**TREVIN WAYNE MICHAEL BOONE,**

did knowingly transmit in interstate and foreign commerce from the Western District of Texas to Florida, a communication containing a threat, that is: a threat to murder at least 12 people, with knowledge that the communication would be viewed as a threat and recklessly disregarding that his communication would be understood as a threat, in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL

FOREPERSON OF THE GRAND JURY

JAIME ESPARZA
UNITED STATES ATTORNEY

BY: _____
FOR CHRISTOPHER K. MANGELS
Assistant United States Attorney

1